**Opinion issued May 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00258-CV

_____

**JAKE'S, INC. D/B/A JAKE'S FINER FOODS, Appellant**

**V.**

**LAMARCUS HEARN, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-78905**

---

## MEMORANDUM OPINION

This appeal was abated and referred to meditation. Appellant, Jake's, Inc. d/b/a Jake's Finer Foods, subsequently filed a motion for voluntary dismissal of the appeal because a settlement was reached. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P.

10.3(a). No opinion has issued in this appeal. Accordingly, we reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.